UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DISH NETWORK L.L.C., ECHOSTAR TECHNOLOGIES L.L.C., and NAGRASTAR LLC, et al., <br><br> Plaintiffs, <br><br> v. <br><br> ARMANDO GONZALEZ, <br><br> Defendant. <br> _____ / | Case No. 1:13-cv-00107-LJO-SKO <br><br> **ORDER ADOPTING FINDINGS AND RECOMMENDATIONS THAT PLAINTIFFS' MOTION FOR DEFAULT JUDGMENT BE GRANTED** <br><br> (Docs. 10, 13) |

On June 14, 2013, the Magistrate Judge issued Findings and Recommendations that Plaintiffs' motion for default judgment be granted. (Doc. 13.) These Findings and Recommendations were served on all parties appearing in the action and contained notice that any objections were to be filed within twenty-eight (28) days after service of the order.[1] No objections were filed.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this Court has conducted a de novo review of the case. Having carefully reviewed the entire file, the Court concludes that the Magistrate Judge's Findings and Recommendations are supported by the record and proper analysis.

---

[1] The Findings and Recommendations were served by mail on Defendant at his last known address on July 22, 2013. The objection period was reset from the date of service of the Findings and Recommendations.

1

Accordingly, IT IS HEREBY ORDERED that:

1. The June 14, 2013, Findings and Recommendations are adopted in full;
2. Plaintiffs' motion for default judgment is GRANTED;
3. Judgment is entered in this action against Defendant Armando Gonzalez as follows:
   a. $10,000 statutory damages for violations of 18 U.S.C. §§ 2511(1)(a) and 2520(a); and
   b. Immediate permanent injunctive relief enjoining Defendant and anyone acting in active concert or participation with, or at the direction or control of Defendant from (1) circumventing or assisting others in circumventing DISH Network's security system, or otherwise intercepting or assisting others in intercepting DISH Network's satellite signal; and (2) testing, analyzing, reverse engineering, manipulating, or otherwise extracting codes, data, or information from DISH Network's satellite receivers, smart cards, satellite data stream, or any other part or component of the DISH Network security system.

IT IS SO ORDERED.

Dated:   **August 26, 2013**                              **/s/ Lawrence J. O'Neill**
                                                      UNITED STATES DISTRICT JUDGE